IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> **v.** : <br> : <br> **BERTHA THERESA SANTIAGO-MARRERO** : <br> **and** : <br> **JADIEL JOEL CARTAGENA-SOTO ,** : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO: 7:22-CR-60 (WLS)** |

### ORDER

The Court intends to notice this case for the November 2023 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 202**3, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of August 2023.

                                                    */s/ W. Louis Sands*
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**