**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | **CASE NO: 7:22-CR-60-WLS-TQL-01** |
| **BERTHA THERESA SANTIAGO-MARRERO,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

On January 16, 2024, the Court held a hearing to address Defendant's Motion to Suppress Illegally Obtained Evidence (Doc. 56) ("Motion to Suppress"). At the conclusion of the evidence, the Court allowed and scheduled the filing of post-hearing briefs.

At the January 16, 2024 hearing, the Court advised the parties and counsel that the period of time lost for briefing and decision relating to the Motion to Suppress would be excluded from computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.[1]

To memorialize the Court's post-hearing briefing schedule and continuance of the trial date, the Court hereby **ORDERS** that:

a.    The Defendant may file his post-hearing brief within twenty-one (21) days after the hearing transcript is made available on the record;

b.    The Government may file its brief within fourteen (14) days from the date the Defendant's brief is filed; and

c.    The Defendant may file his reply brief within seven (7) days from the date the Government's response is filed.

No additional briefs shall be filed without the Court's prior approval.

---

[1] Upon the Court's review of the record, the trial of this case was continued to the Court's Valdosta Division, May 2024 trial term and its conclusion, at the same time that the original hearing on the Motion to Suppress was continued. *See* Order (Doc. 62) entered November 28, 2023.

The Party or Parties requiring a transcript of the hearing shall promptly request the hearing transcript. If neither Party intends to request a transcript, then on or before **Wednesday, January 23, 2024**, they shall file a joint notice advising the Court that a hearing transcript will not be requested. In such event, the above briefing deadlines shall run from **Wednesday, January 23, 2024**.

**SO ORDERED**, this 17th day of January 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**