IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:22-CR-60 WLS** |
| : | |
| **BERTHA SANTIAGO-MARRERO, and** : | |
| **JADIEL JOEL CARTAGENA-SOTO,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

### ORDER

By Orders (Docs. 78, 79), entered May 16, 2024, the Court advised the Parties that the Court intended to set this case for trial during the Valdosta Division August 2024 term of Court. The Court ordered all Parties' counsel to confer and inform the Court whether the cases were ready to proceed to trial. [*Id.*] The Court noted that the pending motion to suppress (Doc. 56) filed by Defendant Bertha Santiago-Marrero ("Santiago-Marrero") would be resolved prior to the trial. However, the Court intended to reflect that the motion to suppress will be resolved prior to the date the pretrial conference will be held—which the Court anticipates will be held on or about July 9, 2024.[1]

Currently before the Court are the Joint Motion for Continuance (Doc. 80) ("Cartagena-Soto Motion") filed on behalf of Defendant Jadiel Joel Cartagena-Soto ("Cartagena-Soto") and the Response to Order Regarding Status of Case (Doc. 81) ("Santiago-Marrero Response") filed on behalf of Santiago-Marrero. Both the Cartagena-Soto Motion and the Santiago-Marrero Response note the pending resolution of the motion to suppress. Cartagena-Soto states that his case and that of Santiago-Marrero should be tried together and he requests that trial in his case be continued to such time as Santiago-Marrero's is held. The Court notes that the cases have not been severed and the Government agrees with Cartagena-Soto that there is no reason to sever the defendants' cases.

---

[1] A notice scheduling the date and time for the pretrial conference will be served on the parties.

Counsel for Santiago-Marrero has not requested a continuance on behalf of his client.

Based on the foregoing, the Court takes the Cartagena-Soto Motion under advisement. These matters will be set for pretrial conference in anticipation of going forward with the trial of during the Court's August 2024 Valdosta trial term. As noted above, the motion to suppress will be resolved at or before the pretrial conference as noticed by the Court.[2]

**SO ORDERED**, this 29th day of May 2024.

                                                    /s/W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**

---

[2] By scheduling trial for the August 2024 Valdosta trial term, the Court is in no way presuming the outcome of the pending motion to suppress. The Court merely means to maintain the trial date, if the case remains viable.