**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **CASE NO:** |
| | : | **7:22-CR-60-WLS-TQL** |
| **BERTHA SANTIAGO-MARRERO and** | : | |
| **JADIEL JOEL CARTAGENA-SOTO,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

The Court acknowledges the filing of Defendant Jadiel Joel Cartagena-Soto's notice (Doc. 95) of the withdrawal of his motion to suppress (Doc. 83). The hearing on the motion to suppress scheduled for August 28, 2024, has been cancelled.

At the request of the Parties (Docs. 80, 91), the trial of this matter was continued to the Valdosta Division November 2024 trial term and its conclusion, or as may otherwise be ordered by the Court. (*See* Order Doc. 93), and the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, was excluded as set forth in the Order.[1] The trial was continued, in part, due to the pending hearing on Cartagena-Soto's motion to suppress. Unless the Parties advise the Court that the case is now ready for trial and they are able to go to trial during the Court's Valdosta Division August 2024 trial term, the Court intends to hold the trial of this matter during its November 2024 trial term as set forth in its Order (Doc. 93).

Accordingly, the Court hereby **ORDERS** that on or before **Friday, August 2, 2024**, counsel for the Defendants and the Government shall file a joint status report as to whether

---

[1] The Court's Order was signed July 3, 2024, and entered July 5, 2024. Due to a clerical error, an incorrect document was entered on July 5, 2024, but was replaced by the correct Order on July 23, 2024. *See* Docket.

they are ready and able to go to trial during the Court's Valdosta Division August 2024 trial term.

**SO ORDERED**, this 29th day of July 2024.

/s/  W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**